

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2015

No. 04-15-00182-CR

Ex Parte Juan **TORRES**,

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-04-12006-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The Appellant's Motion to Forward Appellate Record is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court